IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH TAGGART | : | CIVIL ACTION |
| v. | : | |
| JEFFREY TRAUGER, et al. | : | NO. 25-982 |

## ORDER

AND NOW, this 8th day of September 2025, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of plaintiff Kenneth Taggart for leave of court to file second amended complaint (Doc. # 21) is DENIED.

BY THE COURT:

/s/  Harvey Bartle III
                                                J.