IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KENNETH TAGGART          :          CIVIL ACTION
                         :
        v.               :
                         :
JEFFREY TRAUGER, et al.  :          NO. 25-982

ORDER

AND NOW, this 24th day of November 2025, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1)  the motion of the defendants Megan King, Correale Stevens, Megan Sullivan and Jeffrey Trauger to dismiss plaintiff's amended complaint (Doc. # 19) is GRANTED; and

(2) the motion of the defendant Deutsche Bank National Trust Company to dismiss plaintiff's amended complaint (Doc. # 24) is GRANTED.

BY THE COURT:


/s/  Harvey Bartle III
                                              J.